IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHELE OBESTER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO. |
| vs. | : | |
| | : | 1:08-CV-3491-AT |
| LUCAS ASSOCIATES, INC., | : | |
| d/b/a LUCAS GROUP, | : | |
| | : | |
| Defendant. | : | |

## SATISFACTION

Judgments were entered in this case against Defendant on June 10, 2011, [Doc. 175], and December 19, 2011. [Doc 201.] Plaintiff acknowledges that said judgments are fully satisfied and hereby releases Defendant from all further obligation as set forth therein. The Clerk is requested to take all necessary steps to enter this satisfaction on the docket.

_____
Andrew Y. Coffman
Georgia Bar No. 173115
acoffman@pcwlawfirm.com

PARKS, CHESIN & WALBERT, P.C.
75 14th Street, 26th Floor
Atlanta, Georgia 30309
Telephone: (404) 873-8000

## CERTIFICATE OF SERVICE AND TYPE

I certify that on May 8, 2012 I served the within and foregoing *Satisfaction* on opposing counsel by filing with the Court's electronic filing and service system (CM/ECF), which will automatically send e-mail notices of such filing to the following attorneys of record.

_____
Andrew Y. Coffman